**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MAR 3 1 2010

**FILED**

**In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider, headquartered
at 701 First Avenue, Sunnyvale,
CA 94089**

10-mj- 25

**UNDER SEAL - LEVEL I**

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the

government seeking an Order precluding Yahoo!, Inc. from

notifying any person of the existence of the Search Warrant

pertaining the e-mail address **kconrad64@yahoo.com**, finds that

there is reason to believe that notification of the existence of

the Search Warrant will result in the destruction of or tampering

with evidence or otherwise will seriously jeopardize the

investigation.

THEREFORE IT IS ORDERED that Yahoo!, Inc. shall not notify

any person of the existence of the Search Warrant, for a period

of ninety (90) days.

March 31, 2010

James R. Muirhead
United States magistrate Judge