UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for computer
servers at Yahoo!, Inc., an email         Criminal No. 10-mj-25-LM
provider, headquartered                   UNDER SEAL - LEVEL 1
at 701 First Avenue, Sunnyvale,
CA 94089

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The court, having considered the Motion filed by the government seeking an extension of the order precluding Yahoo!, Inc., from notifying any person of the existence of the Search Warrant pertaining to the e-mail address kconrad64@yahoo.com, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo!, Inc., shall not notify any person of the existence of the Search Warrant, for an additional period of ninety (90) days from the date of this order.

SO ORDERED.

_____
Landya B. McCafferty
U.S. Magistrate Judge

July 16, 2010