**SEALED DOCUMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant for
Computer servers at Yahoo!, Inc.,
an email provider, headquartered
at 701 First Avenue, Sunnyvale,
CA 94089

1:10-mj-25
UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding Yahoo!, Inc., from notifying any person of the existence of the Search Warrant pertaining to the email address kcontrad64@yahoo.com, finds that there is reason to believe that notification of the existence of the search warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo!, Inc., shall not notify any person of the existence of the search warrant, for a period of ninety (90) days from the date of this Order.

SO ORDERED.

January __18__, 2011

/s/ Landya B. McCafferty
_____
Landya B. McCafferty
United States magistrate Judge